**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jerry Wakeman, | Case No. 23-cv-2520 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Verizon Communications, Inc., et al., | |
| Defendants. | |

---

Defendant Equifax Information Services, LLC filed an unopposed motion, Dkt. No. 5, to give Defendant an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendant Equifax Information Services, LLC shall Answer or otherwise respond to the Complaint on or before September 22, 2023.

Dated: August 22, 2023

                                                                          s/David T. Schultz
                                                                           DAVID T. SCHULTZ
                                                                           U.S. Magistrate Judge